Russell Scott SHICK, Pro se Linda Dianne Shick, Appellants

v.

John E. WETZEL, Secretary, PA Department of Corrections, Trevor Wingard, Superintendent, State Correctional Institution at Somerset, Laurel Harry, Superintendent, State Correctional Institution at Camp Hill, Michael R. Clark, Superintendent, State Correctional Institution at Albion Appellees

No. 32 WAP 2017

Supreme Court of Pennsylvania.

September 11, 2017

ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Notice of Appeal is quashed.

COMMONWEALTH of Pennsylvania, Appellee

v.

John Ira BRONSON, Jr., Appellant

No. 34 WAP 2017

Supreme Court of Pennsylvania.

September 22, 2017

ORDER

PER CURIAM

AND NOW, this 22nd day of September, 2017, the Application for Leave to File Exhibits is granted, and the Notice of Appeal is quashed. The Application for Stay is dismissed as moot.